AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Phillip Schwartzkopf<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:25MJ64<br>)<br>)      **SEALED**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2024 to present__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with the Intent to Manufacture and Distribute Controlled Substances, including Protonitazene. |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Keane Richardson, Federal Bureau of Investigation, which is attached hereto.

☒ Continued on the attached sheet.

*Complainant's signature*

Special Agent Keane Richardson, FBI
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means.

Date: _____

03/03/2025
14:19:45
*Judge's signature*

City and state: Plano, Texas

Hon. Bill Davis, U.S. Magistrate Judge
*Printed name and title*