UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § §<br>v.<br>PHILLIP SCHWARTZKOPF | CASE NO. 4:25-MJ-00064-BD |

## ORDER

The Court held an initial appearance on the Complaint and considered the matter of Defendant's right to a preliminary hearing. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that the allegations have been committed and that Defendant, **PHILLIP SCHWARTZKOPF**, should be held over to answer to the Grand Jury.

So ORDERED and SIGNED this March 10, 2025.

_____
BILL DAVIS
UNITED STATES MAGISTRATE JUDGE